# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY PATTERSON,<br><br>*Plaintiff,*<br><br>vs.<br><br>ALLEGHENY COUNTY REAL ESTATE DIVISION, DEPARTMENT OF PROPERTY ASSESSMENT,<br><br>*Defendant.* | Civ. Action No. 2:22-cv-1706-RJC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Kimberly Patterson, and Defendant, Allegheny County Real Estate Division, Department of Property Assessment, hereby stipulate to the dismissal of the above-captioned action, with prejudice. Each party shall bear its own costs and attorney's fees.

Date: October 5, 2023

Respectfully submitted,

THE WORKERS' RIGHTS LAW GROUP, LLP

By: */s/ Erik M. Yurkovich*
    Erik M. Yurkovich, Esq. (PA Bar No. 83432)
    The Workers' Rights Law Group, LLP
    Foster Plaza 10
    680 Andersen Drive, Suite 230
    Pittsburgh, PA 15220
    Telephone: 412.910.9592
    Facsimile: 412.910.7510
    erik@workersrightslawgroup.com

*Counsel for Plaintiff, Kimberly Patterson*

ALLEGHENY COUNTY LAW DEPARTMENT

By: */s/ Frances Marie Liebenguth*
Francis Marie Liebenguth (PA Bar No. 314845)
Assistant County Solicitor
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

By: */s/ Virginia Spencer Scott*
Virginia Spencer Scott (PA Bar No. 61647)
Assistant County Solicitor
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

*Counsel for Defendant, Allegheny County Real Estate Division, Department of Property Assessment*